<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7383**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

BENJAMIN GENERAL, a/k/a Bar-Kim,

                Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, Senior District Judge.  (5:99-cr-00068-H-1)

Submitted:  November 3, 2008     Decided:  November 13, 2008

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Benjamin General, Appellant Pro Se.  John Howarth Bennett, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin General appeals a district court order denying his motion filed under Fed. R. Crim. P. 48. We have reviewed the record and the district court's order and affirm. General's motion was wholly without merit. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2